UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-722-01 (TFH) |
| | ) | |
| Rafael Rondon,  *defendant.* | ) | |

NOTICE REGARDING POTENTIAL CONFLICT

Defendant, through undersigned counsel Nathan I. Silver, II, Esq., ("counsel") appointed by this Court under the Criminal Justice Act, per the Court's instruction, respectfully files this notice.

The Court, at the arraignment hearing it held on Dec. 14, 2021, heard representations regarding a possible conflict in representation in the above-referenced case. Maryann Mooney-Rondon, defendant's mother and codefendant in the case, is represented in the instant case by Karl Sleight, Esq. Mrs. Rondon retained Mr. Sleight to represent her in this proceeding. Previously, Rafael Rondon was charged in the U.S. District Court for the Northern District of New York in case no. 5:21-CR-329 (FJS) (Possession an Unregistered Firearm). Mr. Sleight was retained to represent the defendant in that case.

The situation presents a potential conflict as Mr. Sleight is representing the defendant in one case while representing his codefendant in the other. The parties, including the government, conferred before the previous arraignment hearing about the potential conflict. The parties agree that, for the time being, while a potential conflict exists, an actual one does not. Undersigned counsel is not moving the Court to either excuse Mr. Sleight from representing the codefendant or require him to choose between representing the defendant in the New York case or the

codefendant in the instant case. The defendant himself, after advice from counsel and an inquiry by the Court, does not seek the same, and further has no objection to Mr. Sleight continuing representation of the codefendant (Mrs. Mooney-Rondon) while representing him (Rafael Rondon) in the New York case.

The parties agree that if a change in circumstances should occur that creates an actual conflict, or concern that one will develop, they will bring to the Court's attention that change so that appropriate action can be taken by the Court, the parties, or both.

This pleading is,

Respectfully submitted,

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF Christopher B. Brown, Esq., assistant U.S. Attorney for the District of and attorney of record for the government in the instant case, and upon Karl Sleight, Esq., this 17th day of December, 2021.

Nathan I. Silver, II

I ASSENT TO THE REPRESENTATIONS
MY COUNSEL HAS MADE HEREIN.

12/17/21
Date

Rafael Rondon