UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-722-01 (TFH) |
| | ) | |
| Rafael Rondon *defendant*. | ) | |

ORDER

Upon good cause shown in Defendant's Motion for Review of Conditions of Release, the lack of opposition from the United States, and other evidence before the Court in the record of this case, it shall be and hereby is,

ORDERED, this  28th  day of   February  , 2022, that the defendant may be permitted to relocate to the Ft. Pierce area of the State of Florida for the sole and express purpose of attending the welding program at Indian River State College, subject to defendant providing satisfactory verification with the Pretrial Services Agency of the Northern District of New York of his enrollment in the program and his residential accommodations in Florida in advance of travel from New York to Florida.

_____
Hon. Thomas F. Hogan, Senior Judge
United States District Court for the District of Columbia

cc: Nathan I. Silver, Esq.
   6300 Orchid Drive
   Bethesda, MD 20817-5614
   By ECF

   Christopher B. Brown, Esq.
   USAO - DC
   By ECF

   Karl Sleight, Esq.
   Attorney for codefendant Maryann Mooney Rondon