# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-cr-722 (TFH) |
| v. : | |
| : | |
| RAFAEL RONDON, : | |
| MARYANN MOONEY-RONDON, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Will Widman is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: May 13, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Will N. Widman
Will N. Widman
NC Bar No. 48158
Trial Attorney, Detailee
1301 New York Avenue NW, 8th Floor
Washington, DC 20530
(202) 353-8611
Will.Widman@usdoj.gov