IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No: 1:21-cr-00722-JMC |
| **RAFAEL RONDON,** | |
| **Defendant.** | |

**GOVERNMENT'S UNOPPOSED MOTION TO CONTINUE SENTENCING**

The United States of America, by and through undersigned counsel, the United States Attorney for the District of Columbia, respectfully moves the Court to continue the sentencing in the above matter from June 20, 2023, at 10:30 a.m., until June 27, 28, 29, or 30, July 3 or 5, 2023, or to another date convenient for the Court and the parties, for the following reason.

1. The defendant entered a plea of guilty to one (1) count of Obstruction under 18 U.S.C. § 1512. His sentencing was scheduled for March 13, 2023.

2. The government previously joined in a motion to continue sentencing so that the Defendant could finish a welding certification program prior to sentencing. ECF No. 55.

3. The joint motion was granted by the Court and sentencing was rescheduled for June 20, 2023. Minute Order, February 7, 2023.

4. The undersigned is scheduled to appear as co-counsel in United States v. Davis, 21-cr-595, a bench trial before Judge Timothy J. Kelly, which is scheduled to begin on June 20, 2023, at 9:30 a.m.

5. The defendant is unopposed to the government's motion for a short continuance. The parties discussed mutually convenient dates, which include June 27, 28, 29, and 30, or

July 3 or 5, 2023. The parties would make themselves otherwise available at a later date if those dates are not available for the Court.

The government respectfully requests the Court to continue the sentencing from June 20, 2023, at 10:30 a.m., until June 27, 28, 29, or 30, July 3 or 5, or to another date convenient for the Court and the parties.

                                            Respectfully submitted,

                                            MATTHEW M. GRAVES
                                            UNITED STATES ATTORNEY
                                            D.C. Bar No. 481052

Date: May 2, 2023                      By:  *s/ Will N. Widman*
                                            WILL N. WIDMAN
                                            NC Bar No. 48158
                                            Trial Attorney, Detailee
                                            1301 New York Avenue NW, 8th Floor
                                            Washington, DC 20530
                                            (202) 353-8611
                                            Will.Widman@usdoj.gov