UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | USDC No. 21-cr-722-01 (JMC) |
| | ) | |
| Rafael Rondon,          *defendant.* | ) | |

NOTICE

The Court will please note that undersigned counsel has been contacted by U.S. Probation Officer Robert Walters and advised that codefendant Maryann Mooney Rondon will be seeking a continuance of her sentencing date of July 17, 2023, so the presentence interview and investigation may be completed. Defendant previously moved to continue his in-person sentencing date to July 17, 2023, to consolidate it with that of his codefendant (his mother).

In the event the Court continues the codefendant's sentencing, the defendant reiterates his request to continue his sentencing from July 5, 2023, to the new court date.

Counsel advises the Court that he will not be available for the in–person sentencing the week of August 28 to Sept. 1; the morning of Sept. 6, and the afternoon of Sept. 13, all dates 2023.

This pleading is,

Respectfully submitted,

/s/

NATHAN I. SILVER, II
Unified Bar #944314
6300 Orchid Drive
Bethesda, MD 20817
(301) 229-0189 (direct)
(301) 229-3625 (fax)
email: nisquire@aol.com

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing pleading has been served via ECF on Will Widman, Esq., U.S. Dept. of Justice (CRM), attorney of record for the government in the instant case, 1301 New York Ave., N.W., Washington, D.C. 20530, and Peter Cooper, Esq., attorney for codefendant, this 30th day of May, 2023.

                                        /s/
                              _____
                              *Nathan I. Silver, II*