UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.     )<br>)<br>RAFAEL RONDON,    )<br>)<br>Defendant.   )<br>_____ ) | No. 21-722 (JMC) |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF SUPERVISION

Defendant, Rafael Rondon, through counsel, respectfully requests that the Court modify the conditions of supervision currently in place, by permitting him to work while on home detention.

On November 29, 2023, after a plea of guilty to 18 U.S.C. § 1512(c)(2), the Court sentenced Mr. Rondon to 5 years' probation to be served consecutively to his sentence imposed for a conviction in the Northern District of New York. *See* ECF No. 93. The Court also ordered Mr. Rondon to serve 18 months of home incarceration where he would be restricted to his residence at all times except for medical necessities and court appearances or other activities specifically approved by the Court. *Id.* at 4.

On that same day, Mr. Rondon was remanded to custody to serve his New York sentence. Mr. Rondon is currently at a halfway house in Syracuse, New York with a release date of August 27, 2024. While serving his time at the halfway

1

house, Mr. Rondon has been very productive. In fact, he has obtained steady employment where he has been working full-time as a maintenance technician at the East Baking Company. *See* Exhibit 1, Letter from Employer. Mr. Rondon has been working every day, leaving the halfway house and then returning when he is finished with his shifts. According to his supervisor, Mr. Rondon has been working there since June and has been a great asset to the company. *Id*.

Mr. Rondon's release date is only two weeks from now and in order for him to continue working for the East Baking Co., he respectfully requests that the Court modify the original conditions of supervision so that he can continue to be gainfully employed at a steady job that will assist with his rehabilitation. In addition, Mr. Rondon's ability to work will assist him in paying the restitution ordered in this case sooner rather than later. In order for him to be able to work, Mr. Rondon requests that the Court modify his conditions of supervision to order home detention with the exception that he be permitted to leave his residence for employment purposes.[1]

Mr. Rondon has already shown that he can be a productive and law-abiding member of society during his time at the halfway house and his ability to continue his career and to maintain employment will further assist Mr. Rondon in successfully transitioning to the community.

Undersigned counsel has discussed this request with government counsel,

---

[1] Counsel for Mr. Rondon is still considering whether to file an additional motion regarding the Supreme Court ruling in *Fischer v. United States*, No. 23-5572, however files this motion now due to the timing of his release.

who does not oppose the requested modification.

## Conclusion

For these reasons, Mr. Rondon respectfully requests that the Court grant this motion to modify conditions of supervision by ordering that he be placed on home detention rather than home incarceration and to permit him to leave his residence for purposes of employment while on home detention.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Maria N. Jacob
D.C. Bar No. 1031486
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
Maria_Jacob@fd.org