UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAFAEL RONDON,<br><br>             Defendant. | Case No. 21-cr-722 (JMC) |

## ORDER

Before the Court is an Unopposed Motion to Modify Conditions of Supervision. For the reasons set forth therein, it is hereby

**ORDERED** that this motion is **GRANTED**. It is further **ORDERED** that Rafael Rondon's Conditions of Supervision be modified to replace the special condition of 18 months' home incarceration with 18 months' home detention.

It is further **ORDERED** that, while on home detention, Mr. Rondon be permitted to leave the residence for employment purposes, in addition to all of the other exceptions stated in ECF No. 93.

**SO ORDERED.**

                                                                                                                           JIA M. COBB
                                                                                                                           United States District Judge

Date: August 15, 2024